BRUCE TIMOTHY JONES,

    Plaintiff,

v.

SPENCER LAWTON, RUSSELL MABREY, JAMES E. BASS, CITY OF SAVANNAH, JOHN DOE, MIKE DOE, MIKE TABBORROK,

    Defendants.

Case No. CV409-079

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 5th day of August, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA